IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 09-cv-00697-PAB-CBS

U.S. ADVISOR, LLC,
USA ENCLAVE AT BELLEVIEW STATION, DST,
USA ENCLAVE AT BELLEVIEW STATION, LLC,
USA ENCLAVE AT BELLEVIEW STATION SPE, LLC, and
USA ENCLAVE AT BELLEVIEW STATION LEASECO, LLC,

     Plaintiffs,

v.

BERKSHIRE PROPERTY ADVISORS, LLC,

     Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

     IT IS HEREBY ORDERED that the Joint Motion for Protective Order (*doc. no. 17)* is **GRANTED**. The proposed stipulated protective order (*doc. no. 17-2)* is accepted by the court.

     The parties are reminded that they will be required to comply fully with all provisions of D.C.COLOL.CIVR. 7.2, and particularly those provisions dealing with filing documents under seal.

**DATED:**    May 4, 2009