IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00697-PAB-CBS

U.S. ADVISOR, LLC,
USA ENCLAVE AT BELLEVIEW STATION, DST,
USA ENCLAVE AT BELLEVIEW STATION, LLC,
USA ENCLAVE AT BELLEVIEW STATION SPE, LLC, and
USA ENCLAVE AT BELLEVIEW STATION LEASECO, LLC,

Plaintiffs,

v.

BERKSHIRE PROPERTY ADVISORS, LLC,

Defendant.
_____

## MINUTE ORDER
_____

**Entered by Judge Philip A. Brimmer**

      This matter comes before the Court on the Joint Motion for Order Approving Stipulation Resolving Motion for Temporary Restraining Order and Motion for Expedited Discovery [Docket No. 9].  It is

      ORDERED that, in light of the entry of the Preliminary Injunction Scheduling Order [Docket No. 14], the motion for order approving stipulation [Docket No. 9], plaintiffs' expedited motion for discovery [Docket No. 5] and plaintiffs' motion for temporary restraining order [Docket No. 6] are DENIED as moot.

      DATED May 8, 2009.