**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.:** 09-cv-00697-PAB-CBS | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:** June 1, 2009 | **Courtroom Deputy:** Linda Kahoe |

| | |
|---|---|
| U.S. ADVISOR, LLC, *et al.*, | Eric B. Liebman |
| Plaintiffs, | |
| v. | |
| BERKSHIRE PROPERTY ADVISORS, LLC, | Matthew Ray Groves |
| Defendant. | |

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   TELEPHONIC MOTION HEARING**
**Court in session: 9:18 a.m.**
Court calls case. Appearances of counsel.

Discussion regarding pending motions: Motion to Seal (doc #33, filed 5/20/2009); Motion to Seal (doc #39, filed 5/26/09); Motion to Amend (doc #45, filed 5/26/2009).

For the reasons as stated on the record, it is

**ORDERED:**   Berkshire Property Advisors, LLC's Motion to Seal Pursuant to D.C.Colo.LCivR. 7.2 (doc #33, filed 5/20/2009) is DENIED without prejudice and with leave for the parties to file a new unopposed Motion to Seal.

**ORDERED:**   Berkshire Property Advisors, LLC's Motion to Seal Pursuant to D.C.Colo.LCivR. 7.2 (doc #39, filed 5/26/2009) is DENIED without prejudice and with leave for the parties to file a new unopposed Motion to Seal.

**ORDERED:**   The Clerk's Office is directed to TEMPORARILY SEAL Documents #25, 26, 28, 29, 36, 37. The documents will remain sealed pending a new Motion to Seal which properly complies with the Local Rules.

**ORDERED:**   Berkshire Property Advisors, LLC's Motion to Amend Pursuant to Rule 15 (doc #45, filed 5/26/2009) is GRANTED.

HEARING CONCLUDED.

**Court in recess**:        **9:32 a.m.**
Total time in court:     00:24

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.